CARLEEN R. ARLIDGE     SBN 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone:  (408) 288-8533
Facsimile:  (408) 445-1861
E-Mail: craatty@aol.com

Attorney For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>KAZUKO SHINAGAWA,<br><br>         Defendant. | NO. CR-12-00033 LHK<br><br>ORDER CONTINUING<br>SENTENCING HEARING DATE |

Upon stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that the sentencing hearing for the defendant in the above-entitled case be continued from Wednesday, July 10, 2013 at 9:30 am and rescheduled for Wednesday, August 28, 2013 at 9:30 a.m.

IT IS SO ORDERED.

Dated:     6/17/13

_____
LUCY H. KOH
United States District Judge