UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KAZUKO SHINAGAWA,<br><br>        Defendant. | Case No. CR 12-00033 LHK<br><br>[~~PROPOSED~~] **AMENDED ORDER OF FORFEITURE** |

Having considered the amended application for an order of forfeiture filed by the United States and the plea agreement entered on March 13, 2013, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that, a personal money judgment in the amount of $830,491 and the amount of proceeds to be determined by the court shall be entered against the defendant as the total amount of proceeds obtained directly and indirectly from the commission of the offense of conviction pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the forfeited property forthwith.

IT IS FURTHER ORDERED that, the court maintain jurisdiction to enforce the Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Order of Forfeiture shall become Final Order as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 9th day of July 2013.

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge